CRAWLEY, Presiding Judge.
AFFIRMED. NO OPINION.
*349 See Rule 58(a)(1) and (a)(2)(F), Ala. R.App. P.; Washington v. Bill Heard Chevrolet, Inc., 876 So.2d 1103, 1105 (Ala.2003); Alabama Public Service Comm’n v. AAA Motor Lines, Inc., 272 Ala. 362, 369, 131 So.2d 172, 177 (1961); and Huggins v. Alabama Dep’t of Public Safety, 891 So.2d 337, 339 (Ala.Civ.App.2004).
This case was transferred to this court by the supreme court, pursuant to § 12-2-7(6), Ala.Code 1975.
PITTMAN and BRYAN, JJ., concur.
THOMPSON, J., dissents, with writing, which MURDOCK, J., joins.